FLORINDO S. POLO, Respondent, *v.* HYMAN KIBRICK et al., Appellants, et al., Defendants.

Argued April 9, 1954; decided April 23, 1954.

*Morris Wagman* and *Irving Sheinfeld* for appellants.

*William M. Kilcullen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.